IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARVIS JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-250-ECM |
| | ) (WO) |
| DEP'T OF HUMAN RESOURCES, | ) |
| Child Support Enforcement Div., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION and ORDER

On June 16, 2020, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and this case is DISMISSED.

A separate Final Judgment will be entered.

Done this 20th day of July, 2020.

                                            /s/ Emily C. Marks  
                                            EMILY C. MARKS  
                                            CHIEF UNITED STATES DISTRICT JUDGE